UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**STEVEN JAY SENCIAL**                                    **CIVIL ACTION**

**VERSUS**                                                      **NO. 23-3054**

**JOSEPH LOPINTO, III, ET AL.**                     **SECTION "E" (5)**

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and Plaintiff's notice of no opposition to the dismissal of CorrectHealth from this action,[2] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that CorrectHealth's Motion to Dismiss[3] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against CorrectHealth are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of February, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 38.
[2] R. Doc. 39. Plaintiff's motion to dismiss CorrectHealth is **DENIED AS MOOT.**
[3] R. Doc. 18.